**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

THOMAS STEVEN FLAHERTY,
ADC #115819                                                                                    PLAINTIFF

V.                                    2:12CV00103 BSM/JTR

AVERY G. COX, Corporal; and
TYRONE L. WASHINGTON, Supervisor,
East Arkansas Regional Unit                                                           DEFENDANTS

**ORDER**

On August 24, 2012, Plaintiff filed a Motion asking the Court to rule on his Motion to Compel. *See* docket entries #12 and #15. The Court denied that Motion on August 21, 2012. *See* docket entry #14.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for a Ruling (docket entry #15) is DENIED.

Dated this 30th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE