# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

THOMAS STEVEN FLAHERTY,
ADC #115819                                                                                          PLAINTIFF

V.                               2:12CV00103 BSM/JTR

AVERY G. COX, Corporal;
East Arkansas Regional Unit                                                              DEFENDANT

## ORDER

On December 18, 2012, Plaintiff filed an untitled pleading which the Clerk as docketed as a Motion to Compel. *See* docket entry #31. After reading that Motion, it is clear that Plaintiff is actually seeking a ruling on his December 12, 2012 Motion to Compel, which the Court denied on January 7, 2013. *See* docket entries #29 and #32. Accordingly, his request for a ruling is moot.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion to Compel (docket entry #31) is DENIED AS MOOT.

Dated this 15th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE