IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**THOMAS STEVEN FLAHERTY**                                                     **PLAINTIFF**
ADC #115819

VS.                 **CASE NO. 2:12CV00103 BSM/JTR**

**AVERY G. COX**                                                                        **DEFENDANT**
Corporal, East Arkansas Regional Unit, ADC

## ORDER

This §1983 case is scheduled for an Evidentiary Hearing/Trial before U.S. Magistrate Judge J. Thomas Ray on **Tuesday, August 20, 2013,** at Richard Sheppard Arnold Courthouse, 500 West Capitol, Courtroom #1C, Little Rock, Arkansas. Plaintiff, Mr. Thomas Steven Flaherty, ADC #115819 is presently housed at the Varner Super Max and is presently in the control and custody of the Arkansas Department of Correction.

The Arkansas Department of Correction is hereby directed to ensure Plaintiff's appearance at the hearing along with the Plaintiff's complete medical file at the Evidentiary Hearing on August 20, 2013.

IT IS SO ORDERED, this 28th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE