# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**THOMAS STEVEN FLAHERTY**                                                    **PLAINTIFF**
**ADC #115819**

**v.**                      **CASE NO. 2:12CV00103 BSM**

**AVERY G. COX, Corporal,**
**East Arkansas Regional Unit, ADC**                                    **DEFENDANT**

## **ORDER**

Consistent with the order that was entered this day, this case is dismissed. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

Dated this 12th day of September 2013.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE